# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

JULIE DALTON

        Plaintiff,

v.

J JILL HOLDINGS, INC.,

        Defendant.

Civil No. 25-330 (JRT/)

**ORDER FOR DISMISSAL**

---

Chad Throndset, Jason D. Gustafson, and Patrick J. Michenfelder, **THRONDSET MICHENFELDER, LLC.,** 80 South 8th Street, Suite 900, Minneapolis, MN 55376, for plaintiff.

Plaintiff filed a Notice of Voluntary Dismissal [Docket No. 8]. Accordingly, based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED that** the above-captioned action is voluntarily **DISMISSED WITH PREJUDICE**, without costs, disbursements, or attorneys' fees to any party.

DATED: March 21, 2025
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge